**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR14-08003-001-PCT-MEA |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Wilsonia Lynn Bekay, ) | |
| Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing and detention hearing were held by defendant through defense counsel.  The Court finds probable cause to believe the defendant violated the terms her supervised probation as set forth in allegations B and C of the petition.  Allegation A of the petition is dismissed.

IT IS ORDERED that the defendant shall be released from federal custody pending these revocation proceedings.

IT IS FURTHER ORDERED that the defendant is released on previously ordered supervised release conditions with the addition that defendant  shall not associate with anyone under the influence of alcohol and/or illegal drugs.

DATED this 13th day of August, 2015.

Deborah M. Fine
United States Magistrate Judge